Jason M. Erlich, Bar No. 203661
Email: *jason@mcelawfirm.com*
MCCORMACK AND ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel:  (415) 296-8420
Fax:  (415) 296-8552

Attorney for Plaintiff Guadalupe Carbajal

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletree.com
ROSHNI CHAUDHARI, State Bar No. 310612
roshni.chaudhari@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CARBAJAL,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendants. | Case No. 16-CV-04917-TEH<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE & [PROPOSED] ORDER THEREON** |

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Guadalupe Carbajal and Defendant Home Depot U.S.A., Inc., acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice.  Each party agrees to bear its own attorneys' fees and costs.

- 1 -

IT IS SO STIPULATED.

DATED: June 8, 2017                    MCCORMACK AND ERLICH, LLP


By: ____/s/ *Jason Erlich*_____
JASON M. ERLICH
Attorneys for Plaintiff
Guadalupe Carbajal

DATED: June 8, 2017                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Gregory C. Cheng*_____
GREGORY C. CHENG
ROSHNI CHAUDHARI

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## **ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, with each Party to bear its own attorneys' fees and costs.

Dated: 6/8/2017                         _____

HON. THELTON E. HENDERSON

UNITED STATES DISTRICT COURT

30099590.1